# In the United States District Court for the Southern District of Georgia Brunswick Division

```
UNITED STATES OF AMERICA,    )
                             )
     v.                      )
                             )         2:21-CR-018
JOHN E. CLARK,               )
                             )
     Defendant.              )
```

### ORDER

Defendant John E. Clark is scheduled for sentencing at the United States Federal Courthouse in Brunswick, Georgia, on June 29, 2023. Dkt. No. 497 at 2. Previously, Defendant Clark filed a motion for permission to participate in his sentencing hearing by electronic means, citing various health conditions. See generally Dkt. No. 497. The Court denied his motion without prejudice for failure to show "good cause." Dkt. No. 499 at 2-3. The Court explained, while "danger to one's medical health would clearly constitute 'good cause' justifying a defendant's absence from sentencing," "Defendant Clark . . . 'failed to provide any evidence that the conditions surrounding his sentencing would endanger his medical health." Dkt. No. 499 at 2-3 (alterations accepted) (quoting United States v. Wright, 342 F. Supp. 2d 1068, 1070 (M.D. Ala. 2004)).

Defendant Clark has now renewed his motion for permission to participate in his sentencing by electronic means. Dkt. No. 502. Defendant Clark's motion incorporates co-Defendant Khariton's motion for permission to participate in her sentencing electronically. Dkt. No. 497; Dkt. No. 501. Attached to Defendant Khariton's motion is a note from Defendant Clark's treating physician, wherein the physician lists Defendant Clark's health conditions and attests that his attendance at sentencing "would pose dangers to his health." Dkt. No. 501 at 2.

As a result, Defendant Clark has presented evidence of "'good cause' justifying [his] absence from sentencing." Wright, 342 F. Supp. at 1070. Defendant Clark's renewed motion for permission to participate in his sentencing by electronic means, dkt. no. 502, is therefore **GRANTED**.

**SO ORDERED** this 28th day of June, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA